# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: DONOHUE, MICHAEL § | Case No. 11-82690 |
|    DONOHUE, MARY EVELYN § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  U.S. Bankruptcy Court
  Stanley J. Roszkowski U.S. Courthouse
  327 South Church Street
  Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/22/2012 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/19/2012          By:  /s/JAMES E. STEVENS
                                                  Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DONOHUE, MICHAEL § Case No. 11-82690
       DONOHUE, MARY EVELYN §
                            §
Debtor(s)                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 31,043.15 |
| *and approved disbursements of* | $ 270.85 |
| *leaving a balance on hand of* [1] | $ 30,772.30 |
| **Balance on hand:** | $ 30,772.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 30,772.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JAMES E. STEVENS | 3,854.32 | 0.00 | 3,854.32 |
| Attorney for Trustee, Fees - James E. Stevens | 779.00 | 0.00 | 779.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 4,633.32 |
| Remaining balance: | $ 26,138.98 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 26,138.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 26,138.98

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,800.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 17,673.66 | 0.00 | 6,915.66 |
| 2 | Asset Acceptance, LLC | 24,234.32 | 0.00 | 9,482.83 |
| 3 | GE Capital Retail Bank | 296.27 | 0.00 | 115.93 |
| 4 | LIVINGSTON FINANCIAL, LLC AS | 24,596.54 | 0.00 | 9,624.56 |

Total to be paid for timely general unsecured claims: $ 26,138.98
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Case 11-82690   Doc 25   Filed 07/23/12   Entered 07/25/12 23:56:55   Desc Imaged
                      Certificate of Notice   Page 5 of 8


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $     0.00
Remaining balance:   $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:   $     0.00

Prepared By:   /s/JAMES E. STEVENS
                            Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael Donohue  
Mary Evelyn Donohue  
    Debtors  

Case No. 11-82690-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: kkrystave     Page 1 of 3     Date Rcvd: Jul 23, 2012  
                 Form ID: pdf006    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2012.

```
db/jdb       +Michael Donohue,    Mary Evelyn Donohue,    47 Holly Dr,    Crystal Lake, IL 60014-5021
17409548     +A.F.S. Assignee OF Household B,    C/O Arrow Financial Servic,    5996 W Touhy Ave,
               Niles, IL 60714-4610
17409560     +Blatt, Hasenmiller, Leibsker,    doc#09AR0000333,    125 S. Wacker Dr. Suite 400,
               Chicago, IL 60606-4440
17409561     +Centegra Memorial Medical Ctr,    Attn: Bankruptcy Department,    3701 Doty Rd.,
               Woodstock, IL 60098-7550
17409563     +Comprehensive Urologic Care,    Attn: Bankruptcy Dept.,    22285 Pepper Rd #201,
               Barrington, IL 60010-2540
17409544     +Crystal LAKE Veterinary Hospit,    C/O Tek-Collect INC,    871 Park St,    Columbus, OH 43215-1441
17409555     +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
17409556     +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
17409551     +Glelsi/KEY BANK,    Attn: Bankruptcy Dept.,    Po Box 7860,    Madison, WI 53707-7860
17409564     +Honeid Baxamusa DM,    Attn: Bankruptcy Dept.,    460 Coventry Ln,    Crystal Lake, IL 60014-7593
17950386     +LIVINGSTON FINANCIAL, LLC AS,    SUCCESSOR IN INTEREST TO US BANK,    C/O MESSERLI & KRAMER P.A.,
               3033 CAMPUS DR, STE 250,    PLYMOUTH, MN 55441-2662
17409558     +Livingston Financial LLC,    Attn: Bankruptcy Dept.,    150 S 5th Street,
               1800 Fifth Street Towers,    Minneapolis, MN 55455
17409559     +McHenry County Clerk,    Doc #09AR0000333,    2200 N. Seminary Ave.,    Woodstock, IL 60098-2637
17409552     +Sarah Mehler,    398 Dartmore,    Crystal Lake, IL 60014-8412
17409547     +Sprint Services,    C/O Jefferson Capital SYST,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
17409562      TCF National Bank,    Attn: Bankruptcy Department,    PO Box 15137,    Wilmington, DE 19886-5137
17409557     +TransUnion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19016-1000
17409545     +Washington Mutual HOME,    Attn: Bankruptcy Dept.,    324 W Evans St,    Florence, SC 29501-3430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17787864     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 24 2012 04:51:07     Asset Acceptance, LLC,
               Assignee CITIBANK,    PO Box 2036,    Warren, MI 48090-2036
17409549     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 24 2012 04:51:07     Citibank,
               C/O Asset Acceptance LLC,    Po Box 2036,    Warren, MI 48090-2036
17635419      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2012 04:57:06     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17409554     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2012 04:57:06     Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
17409550     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 24 2012 04:31:42
               GE Capital JC Penney Consumer,    C/O LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
17881469      E-mail/PDF: rmscedi@recoverycorp.com Jul 24 2012 05:17:24     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17409553     +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2012 05:07:37     GEMB/WALMART DC,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
17409546     +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 24 2012 05:44:28     NCO/ASGNE OF AT T,
               C/O NCO FIN/22,    507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 8
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: kkrystave          Page 2 of 3              Date Rcvd: Jul 23, 2012
                              Form ID: pdf006          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-3          User: kkrystave             Page 3 of 3                  Date Rcvd: Jul 23, 2012
                              Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2012 at the address(es) listed below:

        James E Stevens   on behalf of Trustee James Stevens jimstevens@bslbv.com
        James E Stevens   jimstevens@bslbv.com, IL48@ecfcbis.com
        Jason M Shimotake   on behalf of Debtor Michael Donohue ndil@geracilaw.com
        Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov

        TOTAL: 4