**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  DONOHUE, MICHAEL                     §    Case No. 11-82690
       DONOHUE, MARY EVELYN             §
                                        §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

     JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $134,362.00 *(without deducting any secured claims)* | Assets Exempt: $80,906,364,564.00 |
| Total Distribution to Claimants: $26,138.98 | Claims Discharged Without Payment: $76,055.81 |
| Total Expenses of Administration: $4,904.17 | |

     3)  Total gross receipts of $ 31,043.15  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of  $31,043.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $71,555.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,904.17 | 4,904.17 | 4,904.17 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 96,885.00 | 66,800.79 | 66,800.79 | 26,138.98 |
| **TOTAL DISBURSEMENTS** | $168,440.00 | $71,704.96 | $71,704.96 | $31,043.15 |

4) This case was originally filed under Chapter 7 on June 14, 2011. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/11/2012          By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1290-000 | 31,043.15 |
| **TOTAL GROSS RECEIPTS** | | **$31,043.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Washington Mutual HOME | 4110-000 | 71,555.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$71,555.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 3,854.32 | 3,854.32 | 3,854.32 |
| James E. Stevens | 3110-000 | N/A | 779.00 | 779.00 | 779.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.44 | 61.44 | 61.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.78 | 69.78 | 69.78 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 53.52 | 53.52 | 53.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 61.11 | 61.11 | 61.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,904.17 | $4,904.17 | $4,904.17 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 17,673.00 | 17,673.66 | 17,673.66 | 6,915.66 |
| 2 | Asset Acceptance, LLC | 7100-000 | 18,557.00 | 24,234.32 | 24,234.32 | 9,482.83 |
| 3 | GE Capital Retail Bank | 7100-000 | 261.00 | 296.27 | 296.27 | 115.93 |
| 4 | LIVINGSTON FINANCIAL, LLC AS | 7100-000 | 25,000.00 | 24,596.54 | 24,596.54 | 9,624.56 |
| NOTFILED | Honeid Baxamusa DM | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Glelsi/KEY BANK | 7100-000 | 31,738.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/WALMART DC | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO/ASGNE OF AT T | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcleland Rd | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sprint Services C/O Jefferson Capital SYST | 7100-000 | 139.00 | N/A | N/A | 0.00 |
| NOTFILED | TransUnion | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Comprehensive Urologic Care | 7100-000 | 306.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Memorial Medical Ctr | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | A.F.S. Assignee OF Household B C/O Arrow Financial Servic | 7100-000 | 1,211.00 | N/A | N/A | 0.00 |
| NOTFILED | Crystal LAKE Veterinary Hospit C/O Tek-Collect INC | 7100-000 | 1,082.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $96,885.00 | $66,800.79 | $66,800.79 | $26,138.98 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-82690
**Case Name:** DONOHUE, MICHAEL
DONOHUE, MARY EVELYN
**Period Ending:** 09/11/12

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 06/14/11 (f)
**§341(a) Meeting Date:** 07/21/11
**Claims Bar Date:** 11/01/11

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | (Debtors primary residence) Orig. Asset Memo: Imported from original petition Doc# 1 | 61,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Harris (Frozen) Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods; TV, DVD player, TV stand, stere Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pict Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary wearing apparel. Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry, wedding bands Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Sporting equipment Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term Life Insurance - No Cash Surrender Value. Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Pension w/ Employer/Former Employer - 100% Exemp Orig. Asset Memo: Imported from original petition Doc# 1 | 69,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1995 Buick Century with over 120,000 miles Orig. Asset Memo: Imported from original petition Doc# 1 | 812.00 | 0.00 | DA | 0.00 | FA |
| 12 | Inheritance  (u) | Unknown | 0.00 | | 31,043.15 | 0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82690  
**Case Name:** DONOHUE, MICHAEL  
DONOHUE, MARY EVELYN  
**Period Ending:** 09/11/12

**Trustee:** (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/14/11 (f)  
**§341(a) Meeting Date:** 07/21/11  
**Claims Bar Date:** 11/01/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12    Assets    Totals (Excluding unknown values) | $134,362.00 | $0.00 | | $31,043.15 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2012          **Current Projected Date Of Final Report (TFR):**    July 19, 2012  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-82690 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | DONOHUE, MICHAEL | | **Bank Name:** | The Bank of New York Mellon |
| | DONOHUE, MARY EVELYN | | **Account:** | 9200-******53-66 - Checking Account |
| **Taxpayer ID #:** | **-***0017 | | **Blanket Bond:** | $178,000.00  (per case limit) |
| **Period Ending:** | 09/11/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/19/12 | {12} | Estate of Lawrence Donohue | inheritance | 1290-000 | 31,043.15 | | 31,043.15 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 31,018.15 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.44 | 30,956.71 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.78 | 30,886.93 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-82690, Blanket Bond #016018067 | 2300-000 | | 53.52 | 30,833.41 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 61.11 | 30,772.30 |
| 08/22/12 | 102 | James E. Stevens | Dividend paid 100.00% on $779.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 779.00 | 29,993.30 |
| 08/22/12 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $3,854.32, Trustee Compensation;  Reference: | 2100-000 | | 3,854.32 | 26,138.98 |
| 08/22/12 | 104 | Discover Bank | Dividend paid 39.12% on $17,673.66; Claim# 1; Filed: $17,673.66; Reference: | 7100-000 | | 6,915.66 | 19,223.32 |
| 08/22/12 | 105 | Asset Acceptance, LLC | Dividend paid 39.12% on $24,234.32; Claim# 2; Filed: $24,234.32; Reference: | 7100-000 | | 9,482.83 | 9,740.49 |
| 08/22/12 | 106 | GE Capital Retail Bank | Dividend paid 39.12% on $296.27; Claim# 3; Filed: $296.27; Reference: | 7100-000 | | 115.93 | 9,624.56 |
| 08/22/12 | 107 | LIVINGSTON FINANCIAL, LLC AS | Dividend paid 39.12% on $24,596.54; Claim# 4; Filed: $24,596.54; Reference: | 7100-000 | | 9,624.56 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 31,043.15 | 31,043.15 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 31,043.15 | 31,043.15 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$31,043.15** | **$31,043.15** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******53-66** | 31,043.15 | 31,043.15 | 0.00 |
| | $31,043.15 | $31,043.15 | $0.00 |

{} Asset reference(s)

Printed: 09/11/2012 08:42 AM    V.13.02